## JOEL THOMAS
### v.
## STEPHEN FOLEY

### 1811

#### Journal Entries

1. Discharge from rule to bring in body . . . *Journal, infra,* \*p. 368
2. Special bail; rule to plead; continuance . . . . . . " 392

#### Papers in File

1. Capias and return . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . .

## JOSEPH ROAD
### v.
## JOSHUA PATRICK

### 1811

#### Journal Entries

1. Judgment . . . . . . . . . . . *Journal, infra,* \*p. 368
2. Witness fees ordered paid . . . . . . . . . . " 370

#### Papers in File

1. Copy of J. P. record . . . . . . . . . . . . .
2. Declaration; plea . . . . . . . . . . . *Printed in Vol. 2*
3. Precipe for commission to take deposition . . . . . . . .
4. Subpoena for James Abbott . . . . . . . . . . .
5. Precipe for fieri facias . . . . . . . . . . . .